**Opinion issued May 19, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00402-CV

_____

## IN RE STAGG MARINE, INC., RENTROP TUGS, INC., AND PATRICK RENTROP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

### MEMORANDUM OPINION

Relators Stagg Marine, Inc., Rentrop Tugs, Inc., and Patrick Rentrop have filed a petition for writ of mandamus, requesting that we (1) vacate the trial court's order consolidating two civil cases for trial and (2) compel the trial court to rule upon relators' no-evidence summary-judgment motion and motion to strike certain disclosures as outside of the discovery period.[*] We **deny** the petition.

---

[*] The underlying cases are *Apache Corporation v. Timothy Lee, et al. and Stallion Oilfield Construction LLC, et al. v. Tommy Angelle*, cause numbers 2012-23568 and 2012-47101, pending in the 270th District Court of Harris County, Texas, the Honorable Brent Gamble presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.